AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, Gerald B | Eastern District of Virginia | 4/27/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge Active | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square  Alexandria, Virginia 22314 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |

RECEIVED 2005 MAY -6 A 10: 58 FINANCIAL DISCLOSURE OFFIC

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2004 | ███████████████ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Federal Bar Association and US Sentencing Commission Seminar Miami, Florida | transportation, meals, hotel May 20-21, 2004 |
| 2. | University of Virginia Trial Advocacy Institute , UVA Law School, Charlottesville, Va | transportation, hotel, meals 1/9-10/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | D | Interest | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 5. | | | | | Partial Sale | 12/04 | J | A | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 7. | | | | | Partial Sale | 12/04 | J | A | |
| 8. Johnson Controls | A | Dividend | J | T | | | | | |
| 9. Alger Money Market Fund | B | Dividend | J | T | buy/monthly | 9/01 | J | | |
| 10. | | | | | Partial Sale | 12/04 | J | A | |
| 11. Vanguard Total Stock Index Fund, IRA | F | Dividend | L | T | | | | | |
| 12. Vanguard Total Stock Mkt Index IRA | B | Dividend | K | T | | | | | |
| 13. Vanguard US Growth IRA | E | Dividend | J | T | | | | | |
| 14. Vanguard US Growth Fund IRA | B | Dividend | J | T | | | | | |
| 15. Vanguard 500 Index Fund IRA | B | Dividend | J | T | | | | | |
| 16. Vanguard Capital Opp IRA | E | Dividend | K | T | | | | | |
| 17. Vanguard Treasury M/Market Fund | D | Dividend | K | T | Buy monthly | | J | | |
| 18. | | | | | Partial Sale | 12/04 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Co-executor Real estate        Washington, D.C. | | None | K | S | | | | | |
| 20. Fidelity Fund IRA | A | Dividend | J | T | | | | | |
| 21. Fidelity Aggressive Growth IRA | B | Dividend | J | T | | | | | |
| 22. Vanguard Health Care Fnd IRA | A | Dividend | J | T | | | | | |
| 23. TIAA CREF Growth Equity Fund* | A | Dividend | J | T | sold | 03/03 | J | A | |
| 24. STI Classic Growth and Inc. Fund, IRA | E | Dividend | K | T | | | | | |
| 25. TIAA CREF Tax Exempt Bond Fund* | A | Dividend | J | T | buy/monthly | 03/03 | J | | |
| 26. Sun Trust Stable Asset, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 27. Janus Adviser International Fund, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 28. MFS Mid Cap Growth Fund | D | Dividend | J | T | buy* | 07/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII A.

· Co-Executor Real Estate Washington, D.C. The assessed value of this land is approximately $32,00.00 and I own a one-third interest in this undeveloped land.

VII. Investments and Trusts

No. 23. TIAA CREF Growth & Equity Fund sold March, 2003 and exchanged for
No. 25 TIAA CREF Tax Exempt Bond Fund and this fund is purchased monthly.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date __April 27, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544